UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW JAMES CASPER, | Case No. C16-886-RSL |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR EAJA FEES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Dkt. 22. The Commissioner "found no basis to object" to the requested attorney fees. Dkt. 24. Accordingly, the Court ORDERS that plaintiff's unopposed motion, Dkt. 22, is GRANTED, and that EAJA fees in the amount of $5,310.24 be awarded to plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to plaintiff's counsel, John-Paul Gustad. However, if the U.S. Department of the Treasury verifies to the Office of General Counsel that plaintiff does not owe a debt, the government shall honor plaintiff's assignment of EAJA Fees and pay EAJA fees directly to John-Paul Gustad.

ORDER
PAGE - 1

DATED this 17th day of August, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for entry this
17th day of August, 2017.

s/ JAMES P. DONOHUE
Chief United States Magistrate Judge