UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW JAMES CASPER,

    Plaintiff,

vs.

NANCY A. BERRYHILL,

    Defendant.

NO. C16-886RSL

ORDER OF REFERENCE
Non-Dispositive Motion
Pending in Civil Case

The Court hereby refers to United States Magistrate Judge James P. Donohue, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this Court:

Plaintiff's Motion for Award of Attorney Fees Pursuant to 42 U.S.C. §406(b), Dkt. #26

The Magistrate Judge shall hear and determine such motion. Any appeal from the determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rule MJR 3(b).

DATED this 19th day of July, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE