UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW JAMES CASPER,<br><br>    Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>    Defendant. | Case No. C16-886-RSL<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

This matter comes before the Court on plaintiff's unopposed motion for award of attorney's fees pursuant to 42 U.S.C. § 406(b). Dkt. 26. The Court, having considered the contentions of plaintiff and all supporting materials, including defendant's assertion that the Commissioner "has no objection to this request," Dkt. 27 at 1, hereby ORDERS as follows:

(1) Plaintiff's motion, Dkt. 26, is GRANTED. Plaintiff's attorney, John-Paul Gustad, is awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $10,937.50, *less* a previously awarded EAJA fee totaling $5,310.24 to equal a total fee of $5,627.26.

(2) Defendant shall release the fee of $5,627.26 minus any applicable processing fee to plaintiff's attorney, John-Paul Gustad at 13510 Aurora Ave. N., Suite C-1, Seattle, WA 98133.

ORDER
PAGE - 1

(3) The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this 26th day of July, 2018.

a

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2